**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Keon R. HARRIS, Defendant—
Appellant.**

No. 06–4848.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 30, 2007.

Decided: April 11, 2007.

Michael S. Nachmanoff, Acting Federal Public Defender, Mary E. Maguire, Assistant Federal Public Defender, Richmond, Virginia, for Appellant. Chuck Rosenberg, United States Attorney, Elizabeth C. Wu, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

A jury convicted Keon R. Harris of possession with intent to distribute heroin, in violation of 21 U.S.C. § 841 (2000), and possession of heroin, in violation of 21 U.S.C. § 844 (2000). The district court sentenced Harris to five months' imprisonment. On appeal, Harris argues that the evidence is insufficient to demonstrate Harris knowingly possessed heroin and knowingly possessed heroin with intent to distribute. Our review of the trial transcript convinces us the evidence was sufficient to convict. See *United States v. Alerre*, 430 F.3d 681, 693 (4th Cir.2005), *cert. denied,* —— U.S. ——, 126 S.Ct. 1925, 164 L.Ed.2d 667 (2006) (discussing standard of review for denial of motion filed under Fed.R.Crim.P. 29); *United States v. Collins*, 412 F.3d 515, 519 (4th Cir.2005) (discussing elements of possession with intent to distribute).

Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*